[No. 62938-7-I. Division One. June 27, 2011.]

KING COUNTY SHERIFF'S OFFICE, *Respondent*, v. ALLAN PARMELEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-22251-9, Palmer Robinson, J., entered December 30, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Spearman, JJ.

[No. 63474-7-I. Division One. June 27, 2011.]

*In the Matter of the Guardianship of* JOHN ZANDT.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. EVANGELINE ZANDT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-4-00807-5, Eric B. Watness, J. Pro Tem., entered April 15, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Leach, A.C.J., and Cox, J.

[No. 64467-0-I. Division One. June 27, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRK RICARDO SAINTCALLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-02250-0, Jim Rogers, J., entered October 16, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Ellington, JJ.

[No. 64833-1-I. Division One. June 27, 2011.]

THE ESTATE OF MOHAMAD-IMAD NAZIR HARB, *Appellant*, v. KING COUNTY SHERIFF'S OFFICE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-35934-4, Jeffrey M. Ramsdell, J., entered January 8, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Appelwick, J.